IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01355-PSF-MEH          Date:   February 15, 2007
Courtroom Deputy: Cathy Coomes               **FTR – Courtroom A601**

KYLE LARSON and                               Edwin R. Smalley
TEARSA A. LARSON,                             Samuel G. Livingston

Plaintiff(s);

vs.

AMERICAN FAMILY MUTUAL                        Stephanie A. Montague
INSURANCE COMPANY;                            Suzanne J. Lambdin

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:** 10:56 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiffs' Motion for Protective Order Regarding Records Deposition of Michael Frazier and Motion to Quash Subpoena Duces Tecum issued by Defendant to Plaintiffs' Prior Counsel (Doc. #26, filed 1/16/07).

**ORDERED:** For reasons stated on the record, Plaintiffs' Motion for Protective Order Regarding Records Deposition of Michael Frazier and Motion to Quash Subpoena Duces Tecum issued by Defendant to Plaintiffs' Prior Counsel (Doc. #26, filed 1/16/07) is GRANTED. Defendant is directed to file a Motion to Compel, if necessary. Counsel are directed to confer with each other regarding Plaintiff's revised privilege log by **February 21, 2007**.

Argument and discussion regarding Defendant's Motion for Protective Order for Entry of Guidelines Concerning the Manner in which Videotaped Depositions are Taken and for Authorization to Submit Audio CD Filed Under Separate Cover (Doc. #23, filed 1/10/07).

**ORDERED:** For reasons stated on the record, Defendant's Motion for Protective Order for Entry of Guidelines Concerning the Manner in which Videotaped Depositions are Taken and for Authorization to Submit Audio CD Filed Under Separate Cover (Doc. #23, filed 1/10/07) is GRANTED as to use of discovery. Both parties are prohibited from using the discovery in this case for any purpose outside this lawsuit. The Motion is DENIED without prejudice as to the guidelines for videotaping depositions. The Court will reconsider the matter only based on evidence of abusive deposition conduct in this case.

The Court states that he does not need to hear argument regarding Defendant's Motion to Appoint Special Master and Request for Sanctions Pursuant to D.C.COLO.LcivR 30.3 (Doc. #33, filed 2/7/07).

**ORDERED:** For reasons stated on the record, Defendant's Motion to Appoint Special Master and Request for Sanctions Pursuant to D.C.COLO.LcivR 30.3 (Doc. #33, filed 2/7/07) is DENIED. The Court will not appoint a Special Master. However, the Court will allow depositions to be taken in this courtroom or conference room upon request of counsel. The parties are directed to contact Chambers at 303-844-4507 for arrangements. The Court will reconsider this motion **only** for the deposition of Brad Ross-Shannon. By **February 21, 2007,** counsel are directed to read Rule 53, confer with each other, and submit a proposal to the Court regarding this issue by **February 23, 2007**. Counsel are further directed to submit names for a Special Master to the Court and the schedule for all remaining depositions by **February 23, 2007.**

Discussion regarding deadlines and amending the Complaint.

**ORDERED:**  1.   Plaintiffs shall have to and including **February 23, 2007,** to file a Motion to Amend Complaint.

2.   Defendants shall have to and including **March 12, 2007,** to file a Response to the Motion to Amend Complaint.

3.   Plaintiffs shall have to and including **March 16, 2007,** to file a Reply to Defendants' Response.

Counsel are directed to file a written motion to extend deadlines.

**Court in recess:**     **12:29 p.m.   (Hearing concluded)**
**Total time in court:**  1:33