IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01355-PSF-MEH

KYLE LARSON and
TEARSA LARSON,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 2, 2007.**

    Defendant's Stipulated Motion for Protective Order [Filed March 1, 2007; Docket #49] is **denied without prejudice**, because it is not signed by Defendant's counsel.

    The Court also notes that the Proposed Order does not specify that any documents filed in this case that are protected by the Order should be filed in accordance with D.C.Colo.L.Civ.R. 7.3, and accompanied by a Motion to Seal. For guidance, the parties are directed to *Gillard v. Boulder Valley Sch. Dist. Re-2*, 196 F.R.D. 382, 387-89 (D. Colo. 2000), for a protective order commonly used in this District.