IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-CV-01355-PSF-MEH

KYLE LARSON; and
TEARSA LARSON,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

### ORDER SETTING HEARING ON OBJECTION TO MAGISTRATE'S ORDER
_____

    This matter is before the Court on Plaintiffs' Objection to Magistrate's Amended Order on Defendant's Motion for Protective Order (Dkt. # 52). The Court hereby

    ORDERS that a hearing regarding plaintiffs' objection is SET for **Wednesday, March 28, 2007 at 3:30 p.m.**

    DATED: March 13, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge