IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01355-PSF-MEH

KYLE LARSON and
TEARSA LARSON,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2007.**

    For good cause shown, and by agreement of the parties, the Stipulated Motion for Protective Order [Filed March 15, 2007; Docket #60] is **granted.** The Protective Order shall enter separately.