IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01355-PSF-MEH

KYLE LARSON and
TEARSA A. LARSON

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## PROTECTIVE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

The Stipulated Motion for Protective Order has been granted by separate Order, and it is therefore further ORDERED that Defendant shall produce to Plaintiffs certain documents identified in Defendant's responses to written discovery from Plaintiffs and mark them as confidential documents.

It is additionally ORDERED that this Protective Order will cover all other internal documents, not already produced by Defendant in this litigation, that Defendant asserts contain proprietary, confidential, competitively sensitive and/or trade secret information. All such documents designated by Defendant as confidential documents will be covered by this Protective Order. If Plaintiffs object to Defendant's designation of documents as confidential, Plaintiffs will abide by this Protective Order, but can file a motion challenging the confidentiality of the designated

documents and may request that the Court except the challenged documents from the Protective Order.

As used in this Protective Order, "document" is defined as provided in Fed.R.Civ.P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

THE COURT FURTHER ORDERS:

1. That Plaintiffs and their attorneys protect the documents from disclosure, dissemination and publication to anyone except the court and its employees, stenographic reporters engaged in proceedings necessarily incident to the conduct of this action, the attorneys of record in this case, and such personnel and staff of counsel, including Plaintiffs' insurance claims expert as is necessary for the conduct of this case only;

2. That the documents may not be used for any purpose whatsoever, except for pre-trial preparation and trial of this case and only this case;

3. That no copies, duplications or reproductions of the documents shall be provided to Plaintiffs' insurance claims expert without first obtaining a signed Agreement of Confidentiality (Appendix A) from such person, agreeing to hold all such materials in confidence and agreeing to the terms and conditions set forth in this Stipulated Protective Order;

4. That no copies, duplications or reproductions of the documents may be part of the public record of this case, whether in evidence or otherwise, although this Order does not prohibit use of the documents as evidence in the trial of this case. If any document, material or other information designated herein is used in testimony, discovery responses, or evidence, or is quoted in any brief, deposition, transcript or other paper filed in this case, such materials and papers shall be tendered to the court for filing under seal in accordance with D.C.COLO.LCivR 7.3 accompanied by

a motion to seal, and if sealed, sealing shall continue so as to prevent disclosure at the conclusion of the trial; and

5. That all copies of the documents covered by this Order shall be returned to American Family's counsel, Lambdin & Chaney, LLP, within 30 days of the conclusion of this case; and

6. That this Protective Order survives this case for purposes of enforcment; and

7. This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

Dated at Denver, Colorado, this 15th day of March, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

Appendix A

Larson v. American Family
U.S. District Court for the District of Colorado
Civil Action No. 06-CV-1355-PSF-MEH

**AGREEMENT OF CONFIDENTIALITY**

1. My full name is: _____ _____

2. My address is: _____

3. My present employer is: _____ _____

4. My present occupation or job description is: _____ _____

5. I have received a copy of the Protective Order entered in this case. I have carefully read and understand the provisions of the Protective Order. I will comply with all of the provisions of the Protective Order.

6. I will not disclose any Confidential Discovery Material to the attorneys of record in this case and their staff. I will use any such information only with respect to this case.

7. I will return all Confidential Discovery Material that comes into my possession and all documents or things which I have prepared which contain such information to any attorney representing the party that has employed or retained me.

8. I submit to the jurisdiction of this Court for the purposes of enforcement of the Protective Order.

       DATED this _____ day of _____, 2007.


                                                        _____