IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01355-PSF-MEH

KYLE LARSON and
TEARSA LARSON,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 27, 2007.**

     Interested Parties Motion to Quash Subpoenas and Motion for Protective Order [Filed March 21, 2007; Docket #72] is **granted**. All parties agree that this discovery should not be had until after the Court has ruled on Plaintiffs' pending Motion to Amend Complaint to Add Non-Diverse Party.

     Although Plaintiffs condition their consent to this Motion on the extension of the expert witness deadlines, the Court declines to do so for substantially the same reasons set forth in its Order on Plaintiffs' Motion for Extension of Time. Dock. #59. At this time, good cause does not exist to extend these deadlines.