IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01355-PSF-MEH

KYLE LARSON; and
TEARSA LARSON,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

Plaintiffs' Unopposed Motion to Vacate and Reschedule Hearing (Dkt. # 76) is GRANTED in part. The hearing currently set for March 28, 2007 at 3:30 p.m. is VACATED and may be reset at a later date.

DATED: March 27, 2007