IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01355-PSF-MEH

KYLE LARSON and
TEARSA LARSON,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 10, 2007.**

     Based on the parties' representations, Defendant's Motion to Compel Production of the Entire Ross-Shannon Legal File [Filed March 20, 2007; Docket #69] is **denied without prejudice** as moot.