IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01355-PSF-MEH             Date:   April 19, 2007
Courtroom Deputy: Cathy Coomes                   **FTR – Courtroom C203**

KYLE LARSON and                                  Edwin R. Smalley
TEARSA A. LARSON,                                Samuel G. Livingston

Plaintiff(s);

vs.

AMERICAN FAMILY MUTUAL                           Suzanne J. Lambdin
INSURANCE COMPANY,

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:    9:11 a.m.**

Court calls case.  Appearances of counsel.  All counsel appear by telephone

Argument and discussion regarding Defendant's Motion to Compel Completion of Deposition of Tearsa Larson (Doc. #108, filed 4/13/07).

**ORDERED:**   For reasons stated on the record, Defendant's Motion to Compel Completion of Deposition of Tearsa Larson (Doc. #108, filed 4/13/07) is GRANTED.  The deposition of Plaintiff Tearsa Larson will be completed at a time and place to be arranged by counsel.  If Plaintiff Tearsa Larson provides written proof from her treating physician that she cannot go forward with the continued deposition, only then will the deposition not take place.

Discussion regarding depositions wanted by Plaintiffs.

**Court in recess:     9:26 a.m.   (Hearing concluded)**
**Total time in court:**  0:15