IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 06-cv-01355-PSF-MEH          **FTR – Courtroom A601**
**Date:** June 7, 2007                                                 Cathy Coomes, Courtroom Deputy

KYLE LARSON and                                              Edwin R. Smalley
TEARSA A. LARSON,                                          Samuel G. Livingston

            Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE          Suzanne J. Lambdin
COMPANY,

            Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     9:35 a.m.

Court calls case. Appearances of counsel. All counsel appear by telephone.

Discussion regarding the status depositions and the discovery schedule.

**ORDERED:** For reasons stated on the record, the Court enters the following orders:

    1. The Final Pretrial Conference set for June 13, 2007, is VACATED and RESET to **November 30, 2007, at 9:30 a.m** In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Conference in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before November 23, 2007.**

    2. **All** discovery must be completed by **September 28, 2007, and no further extensions will be granted.**

    3. Dispositive motions deadline is extended to **October 29, 2007.**

    4.    Plaintiffs' Expert Witness Disclosures are due by **July 27, 2007.** Rebuttal Expert Witness Disclosures are due by **August 27, 2007.**

    5.    The parties shall file a Joint Status Report, outlining all remaining discovery, including experts, by **June 15, 2007.**

**Court in recess:**    9:45 a.m.    (Hearing concluded)
Total time in court:    0:10